OPINION — AG — WHAT ARE THE MINIMUM AND MAXIMUM PUNISHMENT UNDER 21 O.S. 1963 Supp., 51 [21-51] (21 O.S. 1971 51 [21-51]), APPLICABLE TO A CHARGE OF BURGLARY IN THE SECOND DEGREE AFTER FORMER CONVICTION OF FELONY? — ANY TERM IN THE PENITENTIARY NOT LESS THAN TWO YEARS, THE MINIMUM FOR A FIRST, CONVICTION OF THE CRIME OF BURGLARY IN THE SECOND DEGREE. CITE: 21 O.S. 1961 1436 [21-1436] (CHARLES OWENS)